## Girard Trust Company, Trustee, Appellant, *v.* Fell et al., Board of Revision of Taxes.

Argued April 16, 1934. Before FRAZER, C. J., SIMPSON, SCHAFFER, MAXEY, DREW and LINN, JJ.

460

*Francis H. Bohlen, Jr.,* with him *Saul, Ewing, Remick & Saul,* for appellant.

*David J. Smyth,* City Solicitor, *Mayne R. Longstreth,* Assistant City Solicitor and *J. Myron Shimer,* Assistant City Solicitor, for appellee, were not heard.

PER CURIAM, June 30, 1934:

The appeal in this case grows out of the tax assessment for the year 1932 on the property of the Roosevelt Hotel in the City of Philadelphia. For the reasons set forth in the appeal of the East Side Land Company, filed herewith [the preceding case], the decree of the court below, fixing the fair market value of the property for taxation purposes for the year in question at $430,000, will not be disturbed.

Decree affirmed at appellant's costs.